# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| **JESSE R. JONES**<br>**ADC # 129106** | | **PLAINTIFF** |
| **v.** | **4:12-CV-00057-BRW** | |
| **TIM ADAMS, JAILER, VAN**<br>**BUREN COUNTY JAIL** | | **DEFENDANT** |

## ORDER

Pending is a Partial Recommended Disposition by Magistrate Judge Beth Deere (Doc. No. 7). Rather than file any objection to the Partial Recommended Disposition, Plaintiff requested "to dismiss the suit [he] filed against Tim Adams in his official and personal capacity . . . ."[1] As Tim Adams is the only Defendant in this case, Plaintiff's request is GRANTED and this case is DISMISSED without prejudice.

IT IS SO ORDERED this 1st day of March, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 10. Plaintiff then noted that he did not want to dismiss another case he filed in the district court.