IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JESSE R. JONES**                                                                               **PLAINTIFF**
**ADC # 129106**

v.                                      **4:12-CV-00057-BRW**

**TIM ADAMS, JAILER, VAN**                                                      **DEFENDANT**
**BUREN COUNTY JAIL**

## ORDER

Pending is a Partial Recommended Disposition by Magistrate Judge Beth Deere (Doc. No. 7). Rather than file any objection to the Partial Recommended Disposition, Plaintiff requested "to dismiss the suit [he] filed against Tim Adams in his official and personal capacity . . . ."[1] As Tim Adams is the only Defendant in this case, Plaintiff's request is GRANTED and this case is DISMISSED without prejudice.

IT IS SO ORDERED this 1st day of March, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1]Doc. No. 10. Plaintiff then noted that he did not want to dismiss another case he filed in the district court.